991 A.2d 881

**Robert E. RUFFIN, Petitioner**

v.

**Natasha L. LOWE, Supervisor of Post–Trial Unit Criminal Division of Philadelphia County Criminal Justice Center; & D. Webster Keogh, Administrative Judge of Criminal Trial Division, Respondents.**

**No. 170 EM 2009.**

Supreme Court of Pennsylvania.

March 30, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of March, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.